No. 16,977.

REDAK ET AL. *v.* GREEN, DOING BUSINESS
AS S. ADAMS PACKING COMPANY.
(263 P. [2d] 440)

Decided November 16, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. HENRY S. SHERMAN, Messrs. HAYUTIN & HAYUTIN,
for plaintiffs in error.

Mr. F. W. HARDING, Mr. G. E. BOATRIGHT, for defendant
in error.